# United States Court of Appeals
## For the First Circuit

No. 16-1414

MATTHEW POLLACK, individually and as next friend of B.P.;
JANE QUIRION, individually and as next friend of B.P.,

Plaintiffs, Appellants,

v.

REGIONAL SCHOOL UNIT 75,

Defendant, Appellee,

KELLY ALLEN; TANJI JOHNSTON; PATRICK MOORE; BRADLEY V. SMITH,

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on October 4, 2016, is amended as follows:

On page 2, line 17, replace "education" with "educational"